IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Cynthia | Case Number: 05 B 33249 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/13/09 | Filed: 8/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 9, 2009
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,215.66 | |
| Secured: | | 7,501.97 |
| Unsecured: | | 11,252.57 |
| Priority: | | 0.00 |
| Administrative: | | 2,222.70 |
| Trustee Fee: | | 1,238.42 |
| Other Funds: | | 0.00 |
| Totals: | 22,215.66 | 22,215.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,222.70 | 2,222.70 |
| 2. | Wells Fargo | Secured | 7,501.97 | 7,501.97 |
| 3. | ECast Settlement Corp | Unsecured | 231.19 | 231.19 |
| 4. | Wells Fargo | Unsecured | 2,306.78 | 2,306.78 |
| 5. | SMC Collections | Unsecured | 200.17 | 200.17 |
| 6. | World Financial Network Nat'l | Unsecured | 74.66 | 74.66 |
| 7. | Bank Of America | Unsecured | 1,244.58 | 1,244.58 |
| 8. | Discover Financial Services | Unsecured | 2,514.68 | 2,514.68 |
| 9. | Resurgent Capital Services | Unsecured | 457.52 | 457.52 |
| 10. | RoundUp Funding LLC | Unsecured | 3,264.54 | 3,264.54 |
| 11. | Portfolio Recovery Associates | Unsecured | 958.45 | 958.45 |
| | | | $ 20,977.24 | $ 20,977.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 251.34 |
| 5% | 57.70 |
| 4.8% | 193.87 |
| 5.4% | 373.52 |
| 6.5% | 224.81 |
| 6.6% | 137.18 |
| | $ 1,238.42 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Cynthia

Printed: 01/13/09

Case Number:  05 B 33249
Judge:  Wedoff, Eugene R
Filed:  8/22/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

